SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 FEB 18 PM 2:09
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROLANDO JAIMES and CLIFFORD JOST,<br><br>Defendants. | 8:26CR 27<br><br>INDICTMENT<br><br>18 U.S.C. § 1153 and Neb.Rev.St. § 28-507<br>18 U.S.C. §§ 922(j) and 924(a)(2)<br>18 U.S.C. § 2 |

The Grand Jury charges that

### COUNT ONE
(Burglary In Indian Country)

On or about the December 5, 2025, in the District of Nebraska, within the boundaries of the Santee Sioux Reservation, defendant ROLANDO JAIMES, an Indian, willfully, maliciously, and forcibly broke and entered any real estate or any improvements erected thereon, to wit: the residence located at 53367 894 Road, Niobrara, Nebraska, with intent to steal property of any value.

In violation of Title 18, United States Code, Sections 1153 and 2, and Neb.Rev.St. Section 28-507.

## COUNT TWO
(Burglary In Indian Country)

On or about the December 22, 2025, in the District of Nebraska, within the boundaries of the Santee Sioux Reservation, defendants ROLANDO JAIMES and CLIFFORD JOST, both Indians, willfully, maliciously, and forcibly broke and entered any real estate or any improvements erected thereon, to wit: the garage located at 54001 895 Road, Bloomfield, Nebraska, with intent to steal property of any value.

In violation of Title 18, United States Code, Sections 1153 and 2, and Neb.Rev.St. Section 28-507.

## COUNT THREE
(Possession Of Stolen Firearms)

On or about December 5, 2025, in the District of Nebraska, defendant ROLANDO JAIMES, knowingly possessed, received, concealed, stored, bartered, sold, disposed of, pledged, and accepted as security for a loan, in and affecting interstate and foreign commerce, one or more stolen firearms, to wit:

1) a Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed; and

2) a Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed,

said firearms having been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**SEALED**

## FORFEITURE ALLEGATION

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(j), including:

1) a Savage, model 99M lever action rifle, caliber: .243 WIN, bearing serial number 1108028, with a black Nikon brand scope affixed; and

2) a Weatherby, model Mark V bolt-action rifle, caliber: .300 Magnum, bearing serial number: 43450, with a black Leupold brand scope affixed.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
JODY MULLIS
Assistant United States Attorney